■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of WANDA S. O'DONNELL, Petitioner, v UNITED RUBBER WORKERS, LOCAL No. 135, Respondent. — Determination unanimously confirmed and petition dismissed, without costs. Same memorandum as in *State Div. of Human Rights v Dunlop Tire & Rubber Corp.* (105 AD2d 1071). (Proceeding pursuant to Executive Law, § 298.) Present — Dillon, P. J., Callahan, Doerr, Denman and O'Donnell, JJ.